## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Binford, Theresa D

Printed: 10/29/08

Case Number:  08 B 01674
Judge:  Wedoff, Eugene R
Filed:  1/25/08

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:      Ch 7 Conversion:  August 18, 2008
Confirmed:  April 17, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 3,123.52 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,919.79 |
| Trustee Fee: |  | 203.73 |
| Other Funds: |  | 0.00 |
| Totals: | 3,123.52 | 3,123.52 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 3,784.00 | 2,919.79 |
| 2. | CitiMortgage Inc | Secured | 0.00 | 0.00 |
| 3. | HFC | Secured | 0.00 | 0.00 |
| 4. | CitiMortgage Inc | Secured | 26,741.19 | 0.00 |
| 5. | RoundUp Funding LLC | Unsecured | 106.75 | 0.00 |
| 6. | American General Finance | Unsecured | 504.89 | 0.00 |
| 7. | Emergency Physicians Office | Unsecured |  | No Claim Filed |
| 8. | Allied Interstate | Unsecured |  | No Claim Filed |
| 9. | Chase | Unsecured |  | No Claim Filed |
| 10. | ER Solutions | Unsecured |  | No Claim Filed |
| 11. | OSI Recovery Solutions | Unsecured |  | No Claim Filed |
| 12. | HFC | Unsecured |  | No Claim Filed |
| 13. | Platinum Capital Investments | Unsecured |  | No Claim Filed |
| 14. | Resurrection Health Care | Unsecured |  | No Claim Filed |
| | | | $ 31,136.83 | $ 2,919.79 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 157.61 |
| 6.6% | 46.12 |
|  | $ 203.73 |

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Binford, Theresa D

Printed: 10/29/08

Case Number:  08 B 01674

Judge:  Wedoff, Eugene R

Filed:  1/25/08

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

